

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2014

No. 04-13-00792-CV

Richard **LARES**,
Appellant

v.

Martha **FLORES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-15663
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Appellant has filed a second motion for extension of time to file a brief that complies with our March 20, 2014 order, and requests we appoint counsel to assist him in preparing the brief. We **deny** the request for appointed counsel. We **grant** appellant a three-week extension of time to file the brief. Appellant is advised that **no further extensions will be granted**. If the brief is not filed by **June 13, 2014** the appeal will be dismissed.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court